**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** : | |
| : | **Case No. 13-51012** |
| **Ebony R. Lento,** : | **Chapter 13** |
| : | **Judge Charles M. Caldwell** |
| **Debtor.** : | |

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

Ebony R. Lento, the debtor in the above-captioned case ("Debtor"), by and through the undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 4002(a) and S. D. Ohio LBR 4002-2, hereby provides notice of her new address, which is as follows:

> Ebony R. Lento
> 7435 Kenrich Drive
> Canal Winchester, OH 43110

The foregoing address should be used going forward for service of notices and other pleadings in the above-captioned case.

Dated: December 8, 2014                    Respectfully submitted,

/s/ W. Travis Garrison
W. Travis Garrison (0076757)
Garrison Law, LLC
37 E. Wilson Bridge Rd., Ste. 260
Worthington, Ohio 43085
Telephone:     (614) 396-6323
Facsimile:      (614) 452-8096
tgarrison@garrisonlawllc.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 8, 2014, he caused a true and accurate copy of the foregoing *Notice of Change of Address for Debtor* to be served electronically through the Court's ECF system on the following registered ECF participants at the email address registered with the Court:

- Asst US Trustee (Col) - ustpregion09.cb.ecf@usdoj.gov
- W. Travis Garrison - tgarrison@garrisonlawllc.com
- Frank M. Pees - trustee@ch13.org
- Mary E. Krasovic - bankruptcy@mdk-llc.com, anhsmdk@earthlink.net; anhsmdk@zuckergoldberg.com
- Elizabeth Alphin - loubknotices@mapother-atty.com
- Brian M Gianangeli - bgianangeli@mifsudlaw.com

and on the following by ordinary United States Mail, postage prepaid:

Ebony R. Lento
7435 Kenrich Drive
Canal Winchester, OH 43110

Wells Fargo Home Mortgage
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715

                                                        /s/ W. Travis Garrison
                                                        W. Travis Garrison (0076757)